AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Apr 07, 2025**

SEAN F. McAVOY, CLERK

| | |
|---|---|
| JOHN MICHAEL RAY DURHAM<br>*Plaintiff*<br>v.<br>LIBERTY PARK TERRACE PROPERTY; CLIFF BUTLER; TENETS OF APARTMENT #4; and SPOKANE POLICE DEPARTMENT<br>*Defendant* | Civil Action No. 2:25-CV-00043-SAB |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Defendant Spokane Police Department's Motion to Dismiss Plaintiff's Complaint for Failure to State a Claim for Which Relief Can be Granted, ECF No. 17, is GRANTED. Plaintiff's Complaint, ECF No. 1, is DISMISSED with prejudice. Judgment in favor of Defendants.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge Stanley A. Bastian

Date: 4/7/2025

*CLERK OF COURT*

SEAN F. McAVOY

s/ Wendy Kirkham
*(By) Deputy Clerk*
Wendy Kirkham